

Services | Who We Are | Blog | Schedule a Free Consultat

Home > Blog > Statistics > Twitter by the Numbers: Stats, Demographics & Fun Facts

Show all

# Twitter by the Numbers: Stats, Demographics & Fun Facts

Last updated: Oct 28, 2020



Enter your search

### Categories

- Analytics
- Content Marketing
- Conversion Optimization
- Email Marketing
- Guides
- Infographics
- News
- PPC
- SEO
- Social Media
- Statistics

## Company Info

**URL:** https://twitter.com/

**Founded on:** March, 2006

**CEO:** Jack Dorsey

**Headquarters:** San Francisco, CA

**Employees:** 4800 (source)



## Twitter Statistics

### Total Number of Twitter Users:

340 million (source)

Last updated: 10/10/2020

## Total Number of Monetizable Daily Active Users:

186 million (source)

Last updated: 10/10/2020

## Total Number of Tweets Sent per Day:

500 million (source)

Last updated: 10/10/2020

## Ad Revenue from Twitter in the U.S. in 2020:

$1.62 billion (source)

Last updated: 10/10/2020

## Number of U.S. Adults Who Use Twitter:

one in five (source)

Last updated: 10/10/2020

## Twitter Demographics

- 24% of all U.S. Twitter users are males, whereas 21% of U.S. Twitter users are females.
- 22% of U.S. adults use Twitter.
- 24% of All Internet male users use Twitter, whereas 21% of All Internet Female users use Twitter.
- There are 262 million International Twitter users (users outside the U.S.).
- Roughly **42% of Twitter users** are on the platform daily.
- The U.S. accounts for just 36 million monetizable daily active Twitter users.
- 32% of U.S. Twitter users have higher college degrees.
- The total number of Twitter users in the UK is 15.25 million.
- 38% of U.S. Twitter users are between the ages of 18 and 29, 26% of users are 30-49 years old.
- 77% of Americans who earn $75,000 or more use Twitter.
- 80% of Twitter users are **affluent millennials**.



### Recent Posts

The 13 Best Web and Conference Cameras for Video Interviews & Streaming in 2020

November 11, 2020

Snapchat by the Numbers: Stats, Demographics & Fun Facts

October 28, 2020

TikTok by the Numbers: Stats, Demographics & Fun Facts

October 28, 2020

Pinterest by the Numbers: Stats, Demographics & Fun Facts

October 27, 2020

Facebook by the Numbers: Stats, Demographics & Fun Facts

October 27, 2020

MORE STATS FROM:

- 93% of Twitter community members are open to brands getting involved, if done so in the right way.
- The top three countries by user count outside the U.S. are Japan (49.1 million users), India (17 million), and Brazil (15.7 million).
- 80% of Twitter users accessing the platform on a mobile device, and 93% of video views are on mobile.

## Twitter Financials

- Twitter's total revenue in Q2 2020 reached $683 million.
- Advertising revenue in Q2 2020 totaled $562 million, a decrease of 22% year-over-year.
- Cost per engagement (CPE) decreased by 25% in Q2 2020.
- Twitter had an operating loss of $124 million in Q2 2020.
- Twitter is currently valued at $36.48 billion.

## Fun Facts

- Twitter users are 38% more likely to post opinions about brands and products than other social media users.
- 71% of Twitter users say they use the network to get their news.
- 85% of small and medium business users use Twitter to **provide customer service**.
- 93% of Twitter community members are open to brands getting involved if done so in the right way.
- Tweets with GIFs get 55% more engagement than those without. However, only 2% of Tweets contain GIFs.
- Twitter hosted 1,300 live-streamed events, 80% of which streamed to a global audience.
- Twitter's timeline generates +31% higher emotional connection and +28% higher levels of memorability versus the social media average.
- As of December 31, 2019, there were more than 1,700 Topics that people could follow in six languages.
- 92.23 percent of UN member countries had some Twitter presence. Overall, 95 percent of G20 countries were active on Twitter.
- Barack Obama is currently the most followed account on Twitter with over 118 million followers.
- Watch time on Twitter has increased 72% year-over-year.
- People spend 26% more time viewing ads on Twitter than on other leading platforms.
- Twitter is the preferred social network for news consumption.
- **Twitter app** got 11.7 million downloads for AppStore.

- Daily limit of tweets is 2,400 per day.
- Most used emoji in tweets is "Face with Tears of Joy" (used more than 3 billion times.)

*Note: Please link back to OmnicoreAgency.com and this page when you reference/quote the statistic.*



### Salman Aslam

Salman Aslam is the Founder & CEO of Omnicore, a leading Healthcare Digital Advertising & Marketing Agency helping clients across the globe. You can follow him on Twitter for tweets and rants about latest news, tips and advice on digital marketing.

## Related posts



October 28, 2020

**Snapchat by the Numbers: Stats, Demographics & Fun Facts**



October 28, 2020

**TikTok by the Numbers: Stats, Demographics & Fun Facts**

October 27, 2020

**Pinterest by the Numbers: Stats, Demographics & Fun Facts**

 Read more

Read more

Read more

Comments are closed.

### About Omnicore

Omnicore is a Healthcare Digital Marketing Agency specializing in all facets digital marketing: search, social, PPC, and PR to help grow healthcare practitioners and multi-specialty medical groups.

We are part of the Omnicore Group.

### Company

- Who we Are
- History
- Our Philosophy
- Awards & Accreditations
- Press

### Quick Links

- Resources
- Digital Marketing Deals
- Privacy & Cookie Policy

### Contact

Omnicore Agency
e. info@omnicoreagency.com

© 2009 – 2020 Omnicore Agency. All rights reserved.