11/10/2020 The Mac Shop - 51 Reviews - IT Services & Computer Repair - 820 Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB Document 1-8 Entered on FLSD Docket 12/28/2020 Page 1 of 14



tacos, cheap dinner, M  Wilmington, DE

For Businesses    Write a Review    Log In    Sign Up

Restaurants ▾    Home Services ▾    Auto Services ▾    More ▾

⚠ This business is being monitored by Yelp's Support team for **content** related to media reports.

# The Mac Shop  ❓ Unclaimed

★★★☆☆ 51 reviews    Details

IT Services & Computer Repair   Edit

Open  11:00 AM - 7:00 PM

[Write a Review]   [📷 Add Photo]   [⤴ Share]   [🔖 Save]

## COVID-19 Updates   ✏ Edit

Contact the business for more information about recent service changes.

## Photos and Videos



See All 8

See All 8

## Review Highlights

"My hard drive went on a 6 year old mac book, **JP** replaced it with a 500GB HD and transferred my data from a external HD." in 5 reviews

"**John Paul** has always patiently helped me and gotten me back into usable states quickly and efficiently." in 6 reviews

"I thought my 9 year **old Macbook Pro** was ready for retirement." in 3 reviews

## You Might Also Consider    Sponsored ⓘ

**Dyson Service Center**
★★★★☆ 57

11/10/2020 The Mac Shop - 5 Reviews - IT Services & Computer Repair - 21 A Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB Document 1-8 Entered on FLSD Docket 12/28/2020 Page 2 of 14



**Shabooboo R. said** "First off, I have to say that I wasn't aware that this place even existed. I was having issues with my vacuum and knowing that I couldn't bring it back to Lowes for repair, I dropped it off at the place I found in Philly. This other…"  **read more**

in Appliances & Repair, Appliances



**Ladder Guy Installs**

We bring hospital quality installs directly to your home. You never have to worry about cables hanging from your TV. Our basic package hides cables at no extra charge to the customer.  **read more**

in Tv Mounting



**Philly Iphone Repair**

 120

**Muzammil Q. said** "My son's iPhone fell into a saltwater swimming pool. After drying it for two days in rice and not being able to turn it on, I was sure that it was gone for good. I even arranged to sell it on gazelle as damaged when I found the…"  **read more**

in Mobile Phone Repair, Mobile Phones, Electronics Repair

## About the Business

The Mac Shop offers service and support to Mac users in the Wilmington area. We can assist with hardware upgrades and repairs, data migration and recovery, advanced networking, and training. Let us put our 15+ years of experience with Apple computers to work for you.

Read more

## Location & Hours



**21A Trolley Sq**
**Wilmington, DE 19806**

Get directions

| | | |
|---|---|---|
| Mon | 3:00 PM - 6:00 PM | |
| Tue | 11:00 AM - 7:00 PM | Open now |
| Wed | 11:00 AM - 7:00 PM | |
| Thu | 11:00 AM - 7:00 PM | |
| Fri | 11:00 AM - 7:00 PM | |
| Sat | 10:00 AM - 4:00 PM | |
| Sun | Closed | |

Edit business info

## Amenities and More

✓ Accepts Credit Cards

11/10/2020 The Mac Shop - 5 Reviews - IT Services & Computer Repair - 23 D Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB Document 1-8 Entered on FLSD Docket 12/28/2020 Page 3 of 14

## Ask the Community

Yelp users haven't asked any questions yet about **The Mac Shop**.

Ask a Question

## Recommended Reviews

Search within reviews

Sort by **Yelp Sort**

Start your review of **The Mac Shop**.

**Michelle H.**
Owatonna, MN
0 friends
12 reviews

10/15/2020

Look at all the infantile haters, liberals that want to tank a business because they don't want any negative news about their racist geriatric president wanna be.
Poor things, Biden is EVERYTHING they accuse President Trump of.
It would be cute, if it wasn't so pathetic to watch.

Useful 45   Funny 38   Cool 13

**Jeff Y.**
Los Angeles, CA
34 friends
26 reviews
1 photo

10/14/2020

1 photo

I was visiting from out of town for a business meeting when my laptop mysteriously stopped booting. Somewhat frantic, I went on line with my iPhone to try my luck with a local repair shop and relieved, I located a business that advertised themselves as Mac specialists. It was The Mac Shop.

Ordinarily I would only trust Apple with my device and my data, but with no Apple Store in the area, I had no time to waste, so I settled for second best. Walking into the store I was a little taken about, which gave me pause. It was a dingy and dilapidated, with dudes speaking in hushed tones in what sounded like Russian accents. The place looked like a Mac graveyard with with some Macs dating back 30 years, with no sighting of any Mac newer than 10 years. Oddly, they had Trump2020 campaign banners everywhere, a guy wearing a Q'Anon T-shirt was chatting with who seemed to be the owner, and the ever-present Fox News was loudly blaring on a TV in the background. Some ghoulish looking figure that appeared a lot like Rudy Giuliani was being interviewed by one of those gabby, flatulent Fox News TV hosts.

Because I was in a hurry, I went against my better judgement and abruptly handed my laptop over to some guy named Igor (He kept calling me Hunter for some reason). When I asked for a receipt, he assured he would email it to me if I only gave him my email address and laptop password, and only after he had could take a good look at my hard drive, whatever that meant. He quickly corrected himself and stated that he meant after only after he could do a thorough review of my system. By that time Igor seemed to be perspiring a bit. It was very odd.

When I phoned later that day only to be told that my hard drive would need to be replaced and OS re-installed. As a customer courtesy, they offered to securely dispose of any used parts, free of charge. I politely

11/10/2020 The Mac Shop - 51 Reviews - IT Services & Computer Repair - 230 Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB Document 1-8 Entered on FLSD Docket 12/28/2020 Page 4 of 14

declined and asked that they return all replaced parts, please. With no other good options, I reluctantly agreed, and was told to come back by the end of the day. I arrived just as they were closing for the day. As they reached over the counter to hand me my newly repaired laptop, I asked about my faulty hard drive. They apologized profusely and explained that during the course of the repair the hard drive was damaged and could not be saved and disposed of immediately because it was an environmental risk. Astonished, and speechless, I was resigned to leave without it, and turned to leave and that's when I heard it.

From Igor's pocket to the the floor rocketed out what was likely my old hard drive, hitting the floor with a loud thud. It had the word "Hunter" written on it in red marker. I had no idea who or what this Hunter was but I just shrugged my shoulders and headed out as fast as my legs would carry me.

Next time, I think, I will just go to the Apple Store.



Useful 67 | Funny 104 | Cool 15


**Courtney C.**
Oklahoma City, OK
128 friends
20 reviews
3 photos

10/14/2020

Do not recommend.

Pros: might be good at recovering data
Cons: might give your data to Rudy Giuliani and share it with the New York Post

Useful 121 | Funny 92 | Cool 19


**Roger J.**
Waltham, MA
0 friends
3 reviews

10/15/2020

BE CAREFUL WITH THIS SHOP! They copy all your data and then will share it with whoever they want! Very unethical business practices. They steal the data off the hard drive by imaging it without your knowledge they can gain access to all your banking information , social security numbers, passwords, you name it .

Useful 86 | Funny 23 | Cool 7


**Kyle K.**
Kent, WA
102 friends
7 reviews
2 photos

10/14/2020

They like to hack their customers computers and inject themselves erroneously into politics. - tied to corrupt lawyers who work with Known Russian spies and agents.

Useful 100 | Funny 35 | Cool 7

---



demacshop.com

(888) 947-6227

Get Directions

**Is this your business?**
Claim your business to immediately update business information, respond reviews, and more!

Claim This Business

**You Might Also Consider**
Sponsored


**Empire Multi Services**

Auto Tag Services  read more


**uBreakiFix**
5
23.8 miles

Get your device diagnosed for free at uBreakiFix Glassb us a call on... read more

**Devon E.**
Manhattan, NY
3 friends
26 reviews

★☆☆☆☆ 10/14/2020

I came in to get my waterlogged laptop fixed, but then forgot to come by and pick it up. Thankfully, the lovely owner of this store decided to snoop through my files, then call the FBI, clone my hard drive and give a copy to Rudy Giuliani. I knew I shouldn't have put that "Beau Biden Foundation" sticker on it!

Useful 88 · Funny 53 · Cool 9

**Jill S.**
Portland, ME
100 friends
97 reviews
12 photos

★☆☆☆☆ 10/14/2020

It's a pass for me. You drop off your laptop for repair and the next thing you know fake emails have been created and given to Rudy Giuliani. What a headache.

Useful 78 · Funny 43 · Cool 6

**Pretzelcuatl L.**
Los Angeles, CA
3 friends
64 reviews
9 photos

★☆☆☆☆ 10/14/2020

Yep, this is the place where you want to take your computer if you want the shop owner to turn your data over to vampire Rudy Giuliani so he can use it to destroy your life. True story.

Useful 71 · Funny 23 · Cool 4

**E P.**
Amherst, MA
1 friend
68 reviews
4 photos

★☆☆☆☆ 10/14/2020

It's amazing how far some people will go to sell out their own country. Can't recommend this shop unless you enjoy pc repairs with a side of treason.

Useful 67 · Funny 24 · Cool 3

**Sandy K.**
Glen Mills, PA
0 friends
3 reviews

★☆☆☆☆ 10/14/2020

If you want your data stolen and sold to the Russians, Rudy Giuliani and Rupert Murdoch, this is the place for you. If you want honest repair service go somewhere else.

Useful 69 · Funny 17 · Cool 4

**B R.**
San Francisco, CA
0 friends
1 review

★☆☆☆☆ 10/14/2020

I brought my Mac here to get fixed and the Owner, John Paul Mac Isaac (If only the "Mac" was a biblical name, maybe thats where he went wrong?) took my Computer and falsified some documents on it. He then alerted the FBI about the falsified emails. When I asked him about it he just started yelling SETH RICH and OBAMAGATE and started turning RED while muttering "maga" over and over again. SCARY SITUATION. Im going to recommend a more "level headed" and "ethical" repair shop, to get your work done at.

Useful 64 · Funny 26 · Cool 5

**Dalia S.**
Central LA, Los Angeles, CA
0 friends

★☆☆☆☆ 10/14/2020

This business cannot be trusted to safeguard your private data on your computer. They rifle through your private files on your computer

11/10/2020 The Mac Shop - 5 Reviews - IT Services & Computer Repair - 3 S Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB Document 1-8 Entered on FLSD Docket 12/28/2020 Page 6 of 14

3 reviews

looking for salacious or incriminating information and then make copies of it and turn it over to your rivals. Beware of this unethical business!

Useful 60 | Funny 12 | Cool 2

---

**Matt B.**
Hockessin, DE
0 friends
4 reviews

10/15/2020

Apparently your data is not secure with this store. Too bad, we all expect that as a minimum.

Useful 55 | Funny 10 | Cool 2

---

**Jason T.**
Wilmington, DE
4 friends
82 reviews

10/15/2020

Owner claims to have stolen information off a computer, reported it to a friend who reported it to Rudy who then reported it to the NY Post. Mind you the person he stole the information from hasn't lived in Delaware for years. If you want someone looking around your stuff and reporting it to third parties, come here!

Useful 53 | Funny 10 | Cool 3

---

**Mike D.**
Wilmington, DE
13 friends
12 reviews
1 photo

10/15/2020

Apparently they aren't very big on privacy issues. Go elsewhere if you want your personal info to remain private.

Useful 52 | Funny 8 | Cool 2

---

**Ryan G.**
Wilmington, DE
6 friends
4 reviews

10/15/2020

John Paul will even make free copies of your hard drive, without you even asking, and hand them over to others just to make sure everyone is safe! No charge. (Edit - allegedly based on his interview with multiple media outlets)

Swell guy

-

Useful 47 | Funny 11 | Cool 3

---

**Bill D.**
Avondale, PA
0 friends
1 review

10/14/2020

True patriots here. Sharing the truth about crooked hometown politicians who are selling out our country for personal gain. Supports American freedom not communist sellots!

Useful 33 | Funny 33 | Cool 15

---

**Jordan H.**
Rhodes Ranch, Las Vegas, NV
0 friends
4 reviews
2 photos

10/14/2020

Great place! They fixed my laptop on the spot. Minimal charge. A lot cheaper than Apple! Highly recommended! This place is as good as it gets!

Useful 26 | Funny 19 | Cool 9

11/10/2020 The Mac Shop - 5 Reviews - IT Services & Computer Repair - 213 Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB Document 1-8 Entered on FLSD Docket 12/28/2020 Page 7 of 14

**Dave K.**
Palos Verdes Peninsula, CA
0 friends
15 reviews
2 photos

10/14/2020

This guy is the greatest. If you're a soft leftist cuck, you can eat another bag of dicks.

Useful 13   Funny 13   Cool 5

**Dale D.**
Dover, DE
11 friends
2 reviews

10/14/2020

In these very divisive times it's important to know what your consumer spending supports. If you believe it should go to a propaganda campaign to prop up the current "president", you found your match. If you however believe in the actual principles that Apple was founded upon likely best to look elsewhere. Personal choice is a core principle of our country, but lets at least know as much as we can about who/what our dollars are supporting.

Useful 16   Funny 4   Cool 1

1  2  3  →           1 of 3

45 other reviews that are not currently recommended

## You Might Also Consider

Sponsored ⓘ

**Delicate Mobile Notary**

Delaware native and familiar with area. I am certified and insured so I can help with your needs in all three counties! I do general work and loan closings. **read more**

in Notaries

**Support Nerds**

Our service portfolio includes Computer and Printer Support & Repair, Virus & Malware Removal, Data Protection & Recovery, Software Support with certified tech engineers available online as well as on-site upon request.Support… **read more**

in It Services & Computer Repair

## People Also Viewed

11/10/2020 The Mac Shop - 5 Reviews - IT Services & Computer Repair - 2 S Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB   Document 1-8   Entered on FLSD Docket 12/28/2020   Page 8 of 14

## Ask the Community

Yelp users haven't asked any questions yet about **The Mac Shop**.

Ask a Question

## Recommended Reviews

Search within reviews

Sort by **Yelp Sort**

Start your review of **The Mac Shop**.

**Jason M.**
Gilbert, AZ
0 friends
6 reviews
4 photos

10/14/2020

As a person that has worked in IT for almost 30 years, my integrity is as important as my technical experience. I am trusted with highly sensitive data on a daily basis. My customers depend on their data being secure and trust me to make sure it isn't stolen or compromised. Only if I found something that was illegal or against company policy, would I turn it over, and I would only turn it over to the proper authorities. Hopefully, there is a lawsuit because this person should not be trusted with people's data.

Useful **79**     Funny **16**     Cool **6**

**RJ K.**
Ebensburg, PA
4 friends
7 reviews
1 photo

10/14/2020

Owner was paid off by Trump cronies. Can you really trust this kind of place to handle your hardware?

Useful **69**     Funny **14**     Cool **4**

**Patrick D.**
Phoenix, AZ
0 friends
9 reviews

10/14/2020

Owner invaded privacy by copying hard drive and turning it over to opposing party for political purposes. Don't trust this dude with your private data. Owner is Trump supporter who admits to copying Hunter Biden's hard drive and giving it to Rudy Giuliani. I don't care who you support--would you want your computer repair person copying your hard drive?

Useful **61**     Funny **13**     Cool **4**

**Kurt Z.**
Arlington, VA
2 friends
4 reviews

10/14/2020

This guy makes copies of customer hard drive and and sells them to political operatives. I don't give a crap if you like Biden or not, what a violation or trust and privacy.

Useful **59**     Funny **8**     Cool **3**

### Jenn R.
Manchester, NH
9 friends
13 reviews

★ 10/14/2020

Owner is on record with news agencies admitting he rifled through personal data that was not his, copied information, and gave that information to multiple people. You can't trust someone like that with your computer

Useful 56 | Funny 9 | Cool 2

### Gina R.
Lamont, CA
1 friend
11 reviews
1 photo

★ 10/14/2020

I like computer repair shops that I can trust. I do not know what Igor has stepped in, but it is smelling like he needs to bathe the stench off himself and do a better job as a human. Rudy did him no favors as now he will be scorned in all of society for getting involved in a sham situation.

Useful 51 | Funny 11 | Cool 2

### Sally T.
Seattle, WA
0 friends
100 reviews

★ 10/15/2020

Do not use this place. They have been known to spy on information in your computer and have guarantee no privacy. Watch out!

Useful 39 | Funny 5 | Cool 1

### Ray M.
Brooklyn, NY
0 friends
15 reviews
1 photo

★★★★★ 10/14/2020

I came to Mac Shop to have my laptop fixed after spilling liberal tears all over the keyboard. Great service in recovering the damaged laptop. Will come again

Useful 20 | Funny 22 | Cool 7

### Luke G.
Davis, CA
497 friends
1 review

★★★★★ 10/14/2020

They'll fix your computer & help us expose corrupt politicians like sleepy joe. Doesn't get much better than that.

Useful 20 | Funny 18 | Cool 7

### Peter L.
Los Angeles, CA
47 friends
47 reviews
1 photo

★ 10/14/2020

thedailybeast.com/man-wh...

Useful 23 | Funny 4 | Cool 1

### D C.
SYLMAR, CA
0 friends
1 review

★★★★★ 10/15/2020

Maybe the owner of the shop can locate Hillary's thousands of "accidentally" deleted emails. Also, maybe he could assist the FBI in helping them retrieve the "accidentally" forgotten phone passwords of all the crooked FBI agents involved in the Russian propaganda scam against the President and the USA. "Joey/Hunter/Barry, you've got some 'splaining to do!"

Useful 12 | Funny 22 | Cool 4

---

### demacshop.com
(888) 947-6227
Get Directions

### Is this your business?
Claim your business to immediately update business information, respond to reviews, and more!

**Claim This Business**

## You Might Also Consider
Sponsored

**Empire Multi Services**
Auto Tag Services    read more

**uBreakiFix**    5
23.8 miles
Get your device diagnosed for free at uBreakiFix Glassb us a call on…    read more

11/10/2020 The Mac Shop - 51 Reviews - IT Services & Computer Repair - 3 LA Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB Document 1-8 Entered on FLSD Docket 12/28/2020 Page 10 of 14



**Ben W.**
Atlanta, GA
0 friends
1 review

★☆☆☆☆ 10/14/2020

The owner proudly makes copies of your hard drive without consent for blackmail purposes. Not even remotely trustworthy.

Useful 11 | Funny 3 | Cool 2



**Kate H.**
New York, NY
0 friends
8 reviews

★☆☆☆☆ 10/15/2020

I should really give this place more than one star... because, allegedly (according to the NY Post article), you can drop off a water damaged laptop there for repairs without even putting a dime down as a deposit. Interesting. Every time I've brought my computer into an authorized Mac repair shop I've had to pay for both parts and labor upfront...then signed a form with my name and credit card info in case more parts were needed. It seems that the way THIS man supposedly runs his shop is "I don't know you, I don't know your name, I don't need to know your name, I give you no receipt with your name on it for pick up or keep a duplicate receipt attacked to your laptop and I don't need any form of payment given before doing hundreds of dollars of work for you." Very odd business model, no? Or, at least an awkward business model if you're desperately trying to frame a presidential candidate. Good luck with that...you just trashed your own small business!

Useful 11 | Funny 4 | Cool 2

**Jen Z.**
Bear, DE
21 friends
8 reviews

★★★★★ 2/17/2020

I have made numerous mistakes with my Mac, including downloading malware and pushing an old MacBook Pro beyond it's limits. John Paul has always patiently helped me and gotten me back into usable states quickly and efficiently. Thank you for your help!

Useful 12 | Funny 1 | Cool 2

**Ryan E.**
Wilmington, DE
81 friends
116 reviews
3 photos

★★★★★ 8/8/2019

I bought a new iMac almost two years ago, but I was stupid enough not to spend the few extra bucks on the things that would've made the machine actually function the way I wanted it to, so after almost a year of screaming at a computer with a FACTORY INSTALLED 5400rpm HD and a whole 8 GB of RAM (though YES I ADMIT THIS WAS MY FAULT SHUT THE F UP), enough was enough.

Admittedly the biggest reason I dragged my feet on getting this mostly-except-not-really satisfactory machine upgraded was money, and time/convenience was a distant second. But I found the components I needed on Newegg--a SSD and a new pair of RAM modules that would kick me up to 16 GB. Both the drive and the memory were highly rated (Yelpers rejoice!)... but even after getting the components I needed, I dawdled on the upgrade. I can't exactly explain why... though maybe it had to do with realizing I'd spent nearly $300 on computer components that were sitting in a box in my closet.

I was a-feared' to cut open my iMac and try and make it better (bless its heart). Lucky for me (AND YOU!!!), though, there's a bonafide Apple GUY here in Wilmington that I am so happy to now know about.

First clue I knew I was going to get good service: Response to my email inquiry within hours--August 2019, for those who didn't bother to check the review date.

Second clue: The guy has been in the (admittedly somewhat decrepit) Trolley Square shopping center/thing/place for ages. Don't let it throw you. Longevity is a VERY good trait in a Mac person, coming from someone who dated a Mac tech and who still has dozens of Mac tech friends.

I have nothing more to say than WOW.

I am one TRILLION percent satisfied. I'm writing this review right now, BTW, on the very machine I brought in for the upgrade. The difference is like night and day. And while I know that The Mac Shop isn't "responsible" for the difference... they really kind of are.

Useful 10   Funny 1   Cool 2

**Nathan P.**
Wilmington, DE
0 friends
3 reviews

 1/15/2020

Great service. Great advice. Updated my MacBook software free of charge. Would recommend anyone goes here before suffering at the apple store.

Useful   Funny   Cool

**Michael M.**
Wilmington, DE
0 friends
23 reviews
3 photos

 12/3/2019

I brought my "vintage " iMac in to get formatted so I could give it to my grandson. He scanned it for damage prior to formatting the hard drive. After that he even gave me more memory. After doing an awesome job I asked how much I owed him. He tells me "nothing". If I ever have an Apple problem, he's my man.

Useful   Funny   Cool

**T S.**
Philadelphia, PA
16 friends
18 reviews
6 photos

 4/26/2018

I got to the store right around John Paul's lunch break, he was walking out but was nice enough to check my laptop anyway. It feels like the world stops when your Mac fails to work properly and he knew right away my two options for repair, which seemed basic to him. My only wish was to not have to buy a new one. Not only it was ready the next day, it ran faster and he managed to save my files! He is the best!

Useful 6   Funny 1   Cool 2

**Jordan B.**
Wilmington, DE
182 friends
4 reviews

 10/31/2017

Had the best experience here. Very professional and helpful in explaining what had happened to my computer. After 8 years my MacBook Pro crashed. I took it to apple who was gonna charge me with $2,500 for a possible fix. A friend recommended this shop and I spent under a hundred to get the problem fixed. Will definitely be coming back here.

Useful 9   Funny 1   Cool 2

**Emily B.**
New York, NY
0 friends
7 reviews
2 photos

 10/6/2017

The Mac Shop is the place for all your Apple needs! John Paul fixed my old computer up so that it works better than even when it was brand new. He was quick and professional and the place has a great feel to it. Definitely say YES to The Mac Shop. :)

Useful 7   Funny 1   Cool 2

<   1   **2**   3   >                                                              2 of 3




11/10/2020 The Mac Shop - 51 Reviews - IT Services & Computer Repair - 31 A Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB - Document 1-8 - Entered on FLSD Docket 12/28/2020 - Page 12 of 14

## Ask the Community

Yelp users haven't asked any questions yet about **The Mac Shop**.

**Ask a Question**

## Recommended Reviews

Search within reviews                     Sort by **Yelp Sort** ▾

Start your review of **The Mac Shop**.


**D O.**
Wilmington, DE
0 friends
12 reviews

⭐⭐⭐⭐⭐ 3/31/2017

OMG! This business is amazing! I thought my 9 year old Macbook Pro was ready for retirement. I really did not want to spend another $1200 to replace it. MY old girl was too slow to run basic internet stuff and the beachball dance was all she had left. How sad! I read about doing some diy upgrades but I was not about to figure that out. Mac Store (JP) upgraded her memory and loaded EL Capitan on my old friend and now she is running like she is brand new!! $180 and I had it back the next day!!!!! What????  Amazing. This Small Business makes me want to support other small businesses. Wow

 Useful 9     Funny 1     Cool 2


**Heather K.**
Wilmington, DE
0 friends
2 reviews

⭐⭐⭐⭐⭐ 12/15/2017

Highly recommend!  My MacBook Air wouldn't charge and he took the time to troubleshoot the issue ( staple stuck in the charging port) then run diagnostics on my laptop to ensure it was fully charging and functional.  He would not accept any payment.  I will definitely be back for him to do a tune-up.

 Useful     Funny     Cool


**Valarie W.**
New Castle, DE
145 friends
35 reviews
10 photos

⭐⭐⭐⭐⭐ 2/6/2014

A hidden gem!  JP is knowledgeable, efficient, reasonable and just a nice guy!  My MAC is now up and running like a NEW MAC with everything in place and ready to roll.  He heard me talking about how my MAC goes everywhere with me, and suggested I might want to consider a solid state hard drive, along with an apology as he doesn't like to upsell.  But he's right!  My MAC goes to work, on the plane, at home, you name it.  AND I have burned out 3 regular hard drives because I sometimes don't let it get fully into "snooze".  I'm think I'm going to love the solid state hard drive.

Also, he does one on one's for $39.95.  I think I am going to take him up on it in the future as I think I am underutilizing the power of my MAC.

THANK YOU!!!

 Useful 12     Funny 1     Cool 2

11/10/2020 The Mac Shop - 51 Reviews - IT Services & Computer Repair - 31 A Trolley Sq, Wilmington, DE - Phone Number - Yelp

Case 1:20-cv-25264-BB Document 1-8 Entered on FLSD Docket 12/28/2020 Page 13 of 14



**D Z.**
Warminster, PA
0 friends
26 reviews
14 photos

★★★★ 6/11/2017

Great and friendly service. Needed to service an older macbook pro, the apple store turned me away, but the Mac Shop was up to the task. 24 hrs after I dropped the old mac off, I picked up a functioning mac. Thanks.

Useful 8 | Funny 1 | Cool 2



**Roger T.**
Manhattan, NY
0 friends
4 reviews
13 photos

★★★★★ 2/16/2017

JP is a rare combination of generosity, honesty and knowledge. He helped me with an unusual problem and saved me a ton of money. I came in near tears because my computer fell in water (and no, Im NOT giving details of that), and I left thinking how lucky I was to have come to The Mac Shop first. He seems like a mad scientist the way he casually goes from machine to machine and easily comes up with answers and practical solutions. A rare gem. Don't hesitate to use this store!

Useful 9 | Funny 3 | Cool 2



**Damian M.**
Wilmington, DE
93 friends
7 reviews
3 photos

★★★★★ 6/20/2014

John Paul is THE MAN when it comes to Mac. I am in a position to bring him many Macs for repair and let me tell you I have never been disappointed once. Always very friendly and courteous. I have seen him go above and beyond for his customers and he usually knows what's wrong in minutes of having it in his hands! Don't trust anyone else with your Mac!

Useful 11 | Funny | Cool 2



**KP R.**
Philadelphia, PA
24 friends
123 reviews
13 photos

★★★★★ 3/13/2014

This place is everything the other reviews said it was. I was tired of going to the mall or making an appointments for days later with the "geniuses" at the Apple Stores. JP definitely knows about Apple products and will be very upfront and informative with you. I just did a simple RAM upgrade for my Macbook Pro but watching him work on 3-4 machines at one time was quiet impressive. He will give you the 1 on 1 time and answer any questions you could have. He also wears cool hats. ha. Will definitely come here anytime I have an issue

Useful 8 | Funny | Cool 3



**Chris M.**
Newark, DE
0 friends
17 reviews
1 photo

★★★★★ 10/30/2015

My 2009 Mac harddrive died. Apple store no longer services this old model and recommended The Mac Shoppe. How fortunate i was. Whereas Apple said they would not convert it into a fusion drive, John Paul did without a problem. Now have my old Mac humming faster than ever. John Paul will have my repeat business.

Useful 8 | Funny | Cool 2



**Zachary W.**
Wilmington, DE
0 friends
1 review

★★★★★ 3/30/2015

This was one of the best customer service experiences I've ever had. John Paul is extremely friendly and within minutes of me being there was able to diagnose and fix my problem without any BS or attempts to sell me on anything that wasn't needed. I will definitely be back if I have any more issues with our macs.

Useful 1 | Funny | Cool


demacshop.com


(888) 947-6227


Get Directions



**Is this your business?**
Claim your business to immediately update business information, respond reviews, and more!

Claim This Business

**You Might Also Consider**
Sponsored ⓘ


**Empire Multi Services**
Auto Tag Services  read more


**uBreakiFix**
★★★½ 5
23.8 miles
Get your device diagnosed for free at uBreakiFix Glassb us a call on... read more

Case 1:20-cv-25264-BB   Document 1-8   Entered on FLSD Docket 12/28/2020   Page 14 of 14

| | Ben d. | ★★★★★ 9/8/2012 |
|---|---|---|
| | Rockland, DE | First to Review |
| | 18 friends | |
| | 4 reviews | |
| | 7 photos | |

This shop is an oasis in the wilderness of expensive computer repair.  To say they just fix Mac's is an understatement - they fix them quickly, at a very low cost - in the process one gets an education in all things Mac. This shop is to Mac repair, what Steve Jobs is to Mac design.  I highly recommend these guys.

  Useful 9     Funny     Cool 2

**Dustin S.**
Starmount, Charlotte, NC
0 friends
1 review

★★★★★ 2/27/2014

What great Mac repair shop.  My hard drive went on a 6 year old mac book, JP replaced it with a 500GB HD and transferred my data from a external HD. I now basically have a new computer that runs fanatically for a fraction of the price.  Excellent shop. All this was same day service.

  Useful 8     Funny     Cool 2

  1   2   **3**  ›                                                  3 of 3

45 other reviews that are not currently recommended

## You Might Also Consider                                      Sponsored ⓘ

**Delicate Mobile Notary**

Delaware native and familiar with area. I am certified and insured so I can help with your needs in all three counties! I do general work and loan closings.  read more

in Notaries

**Support Nerds**

Our service portfolio includes Computer and Printer Support & Repair, Virus & Malware Removal, Data Protection & Recovery, Software Support with certified tech engineers available online as well as on-site upon request.Support…  read more

in It Services & Computer Repair

## People Also Viewed

**Xfinity Store by Comcast**
★★★☆☆ 5
Internet Service Providers, Telecommunications, Television Service Providers

**Staples**
★★★☆☆ 10
Shipping Centers, Printing Services, Mobile Phone Repair