**From:** **Suzanne Swift** suzanne@specsimple.com
**Subject:** Disappointing
**Date:** October 22, 2020 at 3:50 PM
**To:** John Paul Mac Isaac macisaac@demacshop.com



I was a loyal customer who will never come back.  How could you do this?

Suzanne

**From:** D k dougkuzo@hotmail.com
**Subject:** Eat shit and DIE Russian stooge
**Date:** October 15, 2020 at 2:40 PM
**To:** info@demacshop.com



**From:** D k dougkuzo@hotmail.com
**Subject:** Eat shit and die SLOWLY fucking Russian stooge
**Date:** October 15, 2020 at 2:41 PM
**To:** info@demacshop.com



**From:** **tessellatez** tessellatez@yahoo.com
**Subject:** Fear & Bull
**Date:** October 15, 2020 at 2:14 AM
**To:** info@demacshop.com



You can stop with all the melodrama. No one's going to murder you...mainly because you don't know anything. You have no copy of anyone's hard drive, and if you do, you're going to jail for theft of private property. Didn't your "lifesaver" Rudy clue you into that? No? Bummer. Did he tell you that your business is done for? No? Bummer again. Got any employee's? Yeah...THEIR lives are now ruined as well. Yet another narrow-minded, low info, low IQ idiot who believes EVERYTHING THEY READ on Facebook & worships the Que-A-Moron slide towards complete & total ignorance & stupidity. No common sense..and no critical thinking skills. Just one more garden-variety Trump-Stooge who just threw away their normal lives for a chance to lick Fat Donnie's scrotum and bask in the orange glow of a maniac.

Wouldn't it have been easier to just shoot-up a pizza joint?

Good-luck with all that, Dipshit.

**From:** **Fox** bakerxx3375@gmail.com
**Subject:** Foolish
**Date:** October 25, 2020 at 2:31 PM
**To:** info@demacshop.com



If I ever got hard drives in damaged laptops that were picked up at my shop.... I wouldnt go making copies of their hard drives and then dig into them with blatant disregard for customer privacy. You've clearly been played and used by the FSB as an easy mark. You're so far up your own ass you probably cant see it. You just 'stumbled across' all this material what a joke. Anyone with half a brain can see this for what it is. I dont like Biden, but good God how can you support a fucking psycho in office who lies like its breathing. Fucking insaaannnneeeeeee

| | |
|---|---|
| **From:** | John Paul Mac Isaac |
| **To:** | Brian Della Rocca |
| **Subject:** | Fwd: Better get out of town asshole |
| **Date:** | Thursday, December 17, 2020 10:01:27 AM |

Sent from my iPhone

Begin forwarded message:

> **From:** John Paul Mac Isaac <macisaac@mac.com>
> **Date:** December 7, 2020 at 3:50:13 PM MST
> **To:** douglas.rivell@cj.state.de.us
> **Subject: Fwd: Better get out of town asshole**
>
>
> Begin forwarded message:
>
> **From:** Anonymousemail <noreply@anonymousemail.me>
> **Subject: Better get out of town asshole**
> **Date:** November 24, 2020 at 6:39:08 PM MST
> **To:** info@demacshop.com
>
> This email was sent via **anonymousemail**
> To remove this signature and unlock all features go premium
> → New! Join our affiliate program and start **earning money**.
>
> Soon they will be playing the bagpipes for you asshole  soon  Like trump
>
> Keep moving and looking over your shoulder buttfuck